NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD G. DELOACH,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7147

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2532, Judge Frank Q. Nebeker.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 14-day extension of time, until February 13, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JAN 3 1 2012__                        /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  Igor V. Timofeyev, Esq.
     Meredyth Cohen Havasy, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 1 2012

JAN HORBALY
·    CLERK